# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

DEMITRI DUNBAR,

                Petitioner,     :          Case No. 2:25-cv-00435

    - vs -                          District Judge James L. Graham
                                   Magistrate Judge Michael R. Merz

SHELBIE SMITH, WARDEN,
  Belmont Correctional Institution,

                                :

               Respondent.

## DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION

This habeas corpus case is before the Court on Petitioner's Motion for Reconsideration, to be considered as a motion to amend the judgment under Fed.R.Civ.P. 59(e)(ECF No. 24). Respondent has filed a Response in Opposition (ECF No. 27).

A motion under Rule 59(e) would have postponed the deadline for filing a notice of appeal, but without waiting for a decision on the Motion for Reconsideration, Petitioner filed a Notice of Appeal (ECF No. 26). Filing a notice of appeal divests the District Court of jurisdiction over a case and vests jurisdiction in the Circuit Court of Appeals until the district court receives the mandate of the court of appeals. *Marrese v. American Academy of Osteopathic Surgeons,* 470 U.S. 373 (1985); *Pickens v. Howes,* 549 F.3d 377, 381 (6th Cir. 2008); *Pittock v. Otis Elevator Co.*, 8 F.3d 325, 327 (6th Cir. 1993); *Lewis v. Alexander*, 987 F.2d 392, 394 (6th Cir. 1993); *Cochran v. Birkel,* 651 F.2d 1219, 1221 (6th Cir. 1981).

1

Accordingly, Petitioner's Motion for Reconsideration is denied for lack of jurisdiction.


April 2, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge